IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAMELA J. HARRISON                                              PLAINTIFF

vs.                            Civil No. 2:07-cv-02119

MICHAEL J. ASTRUE                                           DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on June 5, 2009 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 15). Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that counsel is entitled to compensation under the EAJA for 24.40 hours for attorney fees at the rate of $156.00 per hour, in addition to $25.10 in costs for a total attorney fee award of $3,831.50. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

IT IS SO ORDERED, this 31st day of July, 2009.

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 3 1 2009

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK